IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NAYAAB ENTERPRISES INC., )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>Case No. 4:25-CV-02047 |

### **NOTICE OF SETTLEMENT**

Plaintiff, SALVADOR SEGOVIA, JR., by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, NAYAAB ENTERPRISES INC.

Plaintiff and Defendant, NAYAAB ENTERPRISES INC, are presently preparing a formal settlement agreement for signature and intends to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 30th day of August 2025.

                         Law Offices of
                         THE SCHAPIRO LAW GROUP, P.L.

                         /s/ Douglas S. Schapiro
                         Douglas S. Schapiro, Esq.
                         Southern District of Texas ID No. 3182479
                         The Schapiro Law Group, P.L
                         7301-A W. Palmetto Park Rd., #100A
                         Boca Raton, FL 33433
                         Tel: (561) 807-7388
                         Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 30th day of August 2025.

                         /s/ Douglas S. Schapiro
                         Douglas S. Schapiro, Esq.
                         Southern District of Texas ID No. 3182479