United States District Court
Southern District of Texas
**ENTERED**
September 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:25-CV-02047 |
| NAYAAB ENTERPRISES INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed September 23, 2025, it is hereby **ORDERED** that all claims that were or could have been asserted by Plaintiff against Defendant, NAYAAB ENTERPRISES INC., be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on _September 24_, 20225

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record